IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD TOMMY GORDON, SR.**                                    **PLAINTIFF**
**ADC #150471**

V.                      **CASE NO. 4:21-cv-00349 JM**

**DOES**                                                                                **DEFENDANTS**

## ORDER

Plaintiff Richard Tommy Gordon, Sr. filed this action *pro se* alleging violations of his rights. (Doc. No. 1). He did not, however, pay the $402 filing and administrative fee or file a complete application to proceed *in forma pauperis* ("IFP"). On May 3, 2021, the Court directed Gordon either to pay the filing and administrative fees or to file a complete motion to proceed IFP within 30 days; Gordon was cautioned that if he did not do so, his case would be dismissed without prejudice.[1] (Doc. No. 2). More than 30 days have passed, and Gordon has not paid the filing fee, filed a complete application to proceed IFP, or

---

[1] Local Rule of the Court 5.5(c)(2), provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2).

otherwise responded to the May 3 Order. Accordingly, Gordon's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE