# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD TOMMY GORDON, SR.**                                                              **PLAINTIFF**
**ADC #150471**

V.                 **CASE NO. 4:21-cv-00349 JM**

**DOES**                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE